**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**ADAM L. GILL, ESQ.**
Nevada Bar No.: 11575
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
filing@acelawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HONG SOOK CHOI, an individual; | Case No.: 2:24-cv-02095-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO AMEND COMPLAINT** |
| SAM'S WEST, INC., a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive; | |
| Defendants. | |

## STIPULATION AND ORDER TO AMEND COMPLAINT

## STIPULATION AND ORDER TO AMEND COMPLAINT

IT IS HEREBY STIPULATED by and between Plaintiff HONG SOOK CHOI and Defendant SAM'S WEST, INC, by and through their respective counsels of record, that Plaintiff be granted leave to amend her Complaint the limited purpose of correcting the address of Sam's Club as stated in the original Complaint.

Plaintiff should be granted leave to file the attached First Amended Complaint upon entry of this Stipulation and Order, pursuant to NRCP 15(a)(2). Plaintiff's Proposed Second Amended Complaint is attached hereto as **Exhibit 1.**

DATED this 10th day of November, 2025          DATED this 10th day of November, 2025

ACE LAW GROUP                                   TYSON & MENDES, LLP.


*/s/ Adam L. Gill, Esq.*_____              */s/Griffith H. Hayes, Esq.*
**PATRICK W. KANG, ESQ.**                       **GRIFFITH H. HAYES, ESQ.**
Nevada Bar No.: 10381                           Nevada Bar No.: 7374
**KYLE R. TATUM, ESQ.**                         **NICHOLAS F. PSYK, ESQ.**
Nevada Bar No. 13264                            Nevada Bar No.: 15983
**ADAM L. GILL, ESQ.**                          2835 St. Rose Parkway, Suite 140
Nevada Bar No.: 11575                           Henderson, Nevada 89052
6480 W. Spring Mountain Rd, Ste 1               *Attorneys for Defendant*
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

## <u>ORDER</u>

THE COURT ORDERS that pursuant to the stipulation of the parties, Plaintiff shall be granted leave to amend her Complaint as identified in the attached Exhibit.

**IT IS SO ORDERED.**

DATED: November 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE·

Respectfully Submitted,

_/s/ Adam L. Gill, Esq._
ADAM L. GILL, ESQ.
Nevada Bar No.: 11575
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
_Attorneys for Plaintiff_

 **Outlook**

---

**RE: 2:24-cv-02095-RFB-BNW Choi vs Sam's West- Proposed SAO to Amend Complaint & Proposed Second Amended Complaint**

---

**From** Griffith Hayes <ghayes@tysonmendes.com>

**Date** Fri 11/7/2025 5:00 PM

**To** hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; Nick Psyk <NPsyk@TysonMendes.com>

**Cc** Tyrus Cobb <tcobb@TysonMendes.com>; Adam Gill <agill@acelawgroup.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Mariana Gomez <mgomez@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>; Sanghee Kim <skim@acelawgroup.com>

If the only change is to change the address to reflect the correct address, this is fine. Can we also agree no need for us to answer since and our prior answer shall be the operative answer?  If not, we will file another answer.  Thanks.  Griff



### Griffith H. Hayes
**Partner**
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Phone: 702.724.2648
Direct: 725.210.6781
Fax: 702.410.7684
GHayes@Tysonmendes.com
www.Tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

---

**From:** hcaifano acelawgroup.com <hcaifano@acelawgroup.com>
**Sent:** Friday, November 7, 2025 11:33 AM
**To:** Griffith Hayes <ghayes@tysonmendes.com>; Nick Psyk <npsyk@tysonmendes.com>
**Cc:** Tyrus Cobb <tcobb@tysonmendes.com>; Adam Gill <agill@acelawgroup.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Mariana Gomez <mgomez@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>; Sanghee Kim <skim@acelawgroup.com>
**Subject:** 2:24-cv-02095-RFB-BNW Choi vs Sam's West- Proposed SAO to Amend Complaint & Proposed Second Amended Complaint

Good Morning,

    Please find attached both the Proposed SAO to Amend Complaint and the Proposed Second Amended Complaint for your review. Please track any changes you may have and kindly provide written permission to affix your electronic signature. Thank you.

Regards,

*Heather Caifano*
Paralegal Director

ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
www.acelawgroup.com

# EXHIBIT 1

ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146

**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**ADAM L. GILL, ESQ.**
Nevada Bar No.: 11575
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
filing@acelawgroup.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| HONG SOOK CHOI, an individual; | Case No.: 2:24-cv-02095-RFB-BNW |
| Plaintiff, | |
| v. | **SECOND AMENDED COMPLAINT** |
| SAM'S WEST, INC., a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive; | |
| Defendants. | |

### SECOND AMENDED COMPLAINT

Plaintiff, HONG SOOK CHOI, by and through her attorneys of record, Patrick W. Kang, Esq. Kyle R. Tatum, Esq., and Adam L. Gill, Esq. of ACE LAW GROUP,  as and for her complaint against Defendant, and hereby complains, alleges and states as follows:

///

///

///

///

### GENERAL ALLEGATIONS

1.    That Plaintiff, HONG SOOK CHOI, (hereinafter "Ms. Choi") is, and at all times mentioned herein was, a resident of the State of Nevada.

2.    SAM'S WEST, INC. ("Sam's Club") is a Foreign Corporation doing business in Clark County, Nevada at 7100 Arroyo Crossing Parkway, Las Vegas, Nevada 89113.

3.    That the true names or capacities, whether individual, corporate, associate or otherwise, of Defendants DOE INDIVIDUALS 1-25 and ROE BUSINESS ENTITIES 1-25 are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names; Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as DOE INDIVIDUALS and ROE BUSINESS ENTITIES are responsible in some manner for the events and happenings referred to and caused damages proximately to Plaintiff as herein alleged, and that Plaintiff will ask leave of this Court to amend this complaint, to insert the true names and capacities of DOE INDIVIDUALS 1-25 and ROE BUSINESS ENTITITES 1-25, when the same have been ascertained and to join such Defendants in this action.

4.    That at all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendants herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

5.    The true names and capacities whether individual, corporate, associate, partnership or otherwise of the Defendants herein designated as ROE BUSINESS ENTITIES 1-25, inclusive, are unknown to the Plaintiff who therefore sues said Defendants by such fictitious names.  Plaintiff is informed and believes, and thereupon alleges, that ROE BUSINESS ENTITIES 1-25 designed, manufactured, distributed, sold, installed, owned, operated, managed, controlled, maintained the floor at the day and time of the subject incident, and that each of the ROE BUSINESS Defendants are legally responsible for the damages suffered by Plaintiff as herein alleged due to their

ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146

negligence.  Plaintiff further alleges that ROE BUSINESS ENTITIES 1-25 were negligent in relation to the hiring, training, supervision, maintenance and retention of their employees, as well as the operation and management of those companies and/or persons working on the subject project at the date and time of the incident.  Plaintiff furthermore alleges that ROE BUSINESS ENTITIES 1-25 are each liable under an agency theory as the principal of the tortfeasor who was acting within the course, scope and authority of the agency relationship.

6.     That on or about August 14, 2023, Ms. Choi was an invitee on Defendant's property, specifically Sam's Club store #6382 located at **7100 Arroyo Crossing Parkway, Las Vegas, Nevada 89113**. (herein after referred to as the "Subject Property").

7.     On that date, Ms. Choi was shopping at Sam's Club with her daughter and her husband.

8.     As the trio were walking out of the store, Ms. Choi stepped forward and suddenly slipped on a piece of smashed fruit that was on the floor (hereinafter referred to as the "dangerous condition").

9.     Ms. Choi landed hard onto her right knee.

10.     Other shoppers that witnessed and heard the crack of Ms. Choi's fall, quickly came to her aid to assist in getting her up from the floor.

11.     That at all times relevant, the Defendants, and each of them, were the independent contractors, joint venturers, partners, servants, officers, agents, and employees of Imperial Spa and all other Defendants, and were acting within the scope and performance of said relationship.

12.     At all times mentioned, the DOE and ROE Defendants were the designers, manufacturers, installers, and maintainers, owners, managers, inspectors, supervisors and controllers of the premises and common areas generally known as Sam's Club.

13.     That Defendants owed Ms. Choi a duty to keep the Subject Property in reasonable and safe condition for use.

14.     That Defendants breached this duty and each of them failed to exercise due care to protect Ms. Choi from harm.

15.     That by reason of the negligently maintained premises and as a direct and proximate result thereof, Ms. Choi sustained injuries to her body some of which conditions may be permanent and disabling in nature and did receive medical and other treatments for her injuries and received an expense, all to her damage, in excess of $15,000.00.  That said services, care, and treatment are continuing and shall continue in the future, all to his damage in a presently unascertainable amount, and Ms. Choi will amend her Complaint accordingly when the same shall be fully ascertained.

16.     As a further and proximate result of the actions and negligence of Defendants, and each of them, Ms. Choi sustained personal injuries requiring medical treatment including great pain of body and mind; all or some of which may be permanent and disabling in nature, all to her damage in a sum in excess of $15,000.00.

17.     That as the result of Defendants negligence, Plaintiff sustained severe and permanent injuries, resulting in past and future medical expenses in an amount greater than $15,000.00.

## **FIRST CAUSE OF ACTION**

### **(Negligence)**

18.     Plaintiff repeats and realleges each of the allegations contained in the proceedings and subsequent paragraphs of this Complaint as fully set forth herein.

19.     Defendants owed Plaintiff a duty of care to maintain its premises in reasonable and safe condition for use.

20.     Defendants owed Plaintiff a duty of care to warn Plaintiff of the non-obvious and dangerous condition.

20.     Defendants breached these duties of care resulting in the subject incident.

21.     Defendant's negligence directly and proximately caused Plaintiff serious injury.

ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146

22.     As a direct and proximate result of Defendant's negligence, Plaintiff sustained damages in a sum in excess of $15,000.00.

23.     As a direct and proximate result of Defendant's negligence, Plaintiff was required to hire an attorney and has and will incur attorneys' fees and costs.

WHEREFORE, Plaintiff expressly reserves the right to amend this complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1.     For general damages sustained by Plaintiff in an amount in excess of $15,000.00;

2.     For special damages sustained by Plaintiff in an amount in excess of $15,000.00;

3.     For reasonable attorney's fees and costs;

4.     For interest at the statutory rate;

5.     Plaintiff demands a jury trial; and

6.     For such other relief as the Court deems just and proper.


DATED this 10th day of November, 2025.


**ACE LAW GROUP**


*/s/ Adam L. Gill, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**ADAM L. GILL, ESQ.**
Nevada Bar No.: 8266
6480 W. Spring Mtn. Rd., Ste. 1
Las Vegas, NV 89146
P:702.333.4223
*Attorneys for Plaintiff*