**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
ghayes@tysonmendes.com
RICHARD VERLANDER
Nevada Bar No. 12887
rverlander@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Sam's West, Inc., erroneously sued as Walmart Claims Services, Inc., d/b/a Sam's Club.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HONG SOOK CHOI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WALMART CLAIMS SERVICES, INC. d/b/a SAM'S CLUB, LLC., a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-02095-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff HONG SOOK CHOI, an individual, by and through her counsel, KANG & ASSOCIATES, PLLC and Defendant SAM'S WEST, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's

///

///

///

///

///

///

///

complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 23rd day of September, 2026.

**TYSON & MENDES LLP**

*/s/ Griffith Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
RICHARD VERLANDER
Nevada Bar No. 12887
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

Dated this 23rd day of September, 2026.

**KANG & ASSOCIATES, PLLC**

*/s/ Adam L. Gill*
PATRICK W. KANG
Nevada Bar No. 10381
KYLE R. TATUM
Nevada Bar No. 13264
ADAM L. GILL
Nevada Bar No. 11575
1707 Village Center Circle, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

**DATED:** September 24, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**